**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-6436**

---

RAYMOND E. SIMS-LEWIS,

           Plaintiff – Appellant,

      v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner;
DWIGHT C. JONES, Mayor,

           Defendants - Appellees.

---

**No. 17-6437**

---

RAYMOND E. SIMS-LEWIS,

           Plaintiff - Appellant,

      v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner;
DWIGHT C. JONES, Mayor; DR. P. OBER, Medical Doctor,

           Defendants - Appellees.

---

**No. 17-6438**

---

RAYMOND EUGENE SIMS-LEWIS, Jr.,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner; DWIGHT C. JONES, Mayor,

Defendants - Appellees.

---

**No. 17-6439**

---

RAYMOND E. SIMS-LEWIS, JR.,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner; DWIGHT C. JONES, Mayor,

Defendants - Appellees.

---

**No. 17-6440**

---

RAYMOND E. SIMS-LEWIS, JR,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner; DWIGHT C. JONES, Mayor,

Defendants - Appellees.

2

---

**No. 17-6441**

---

RAYMOND E. SIMS-LEWIS, Jr.,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner; DWIGHT C. JONES, Mayor,

Defendants - Appellees.

---

**No. 17-6442**

---

RAYMOND E. SIMS-LEWIS,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner; DWIGHT C. JONES, Mayor; DR. P. OBER, Doctor Operation of PRJ; RACHEL RICE, Pamunkey Regional Jail Medical Director of Staff; LAVERN SMITH, Pamunkey Regional Jail Medical Staff Supervisor,

Defendants - Appellees.

---

**No. 17-6443**

---

RAYMOND E. SIMS-LEWIS,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Superintendent; PAMUNKEY REGIONAL JAIL, Owner;
DWIGHT C. JONES, Mayor,

Defendants - Appellees.

———————————

**No. 17-6444**

———————————

RAYMOND E. SIMS-LEWIS,

Plaintiff - Appellant,

v.

JAMES C. WILLETT; PAMUNKEY REGIONAL JAIL; DWIGHT C. JONES,
Mayor; VIRGINIA GOVERNOR; VIRGINIA LAW JUDGE STEVEN
GOLDSTEIN,

Defendants - Appellees.

———————————

**No. 17-6445**

———————————

RAYMOND EUGENE SIMS-LEWIS, JR.,

Plaintiff - Appellant,

v.

JAMES C. WILLETT, Pamunkey Regional Jail Superintendent; PAMUNKEY
REGIONAL JAIL, Owners; DWIGHT C. JONES, Virginia Mayor,

Defendants - Appellees.

4

No. 17-6446

RAYMOND EUGENE SIMS-LEWIS, Jr.,

                    Plaintiff - Appellant,

          v.

JAMES C. WILLETT, Pamunkey Regional Jail Superintendent; PAMUNKEY REGIONAL JAIL, Owners; DWIGHT C. JONES, Mayor of Virginia,

                    Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:15-cv-00383-MSD-LRL; 2:15-cv-00390-MSD-RJK; 2:15-cv-00413-MSD-LRL; 2:15-cv-00424-MSD-RJK; 2:15-cv-00425-MSD-DEM; 2:15-cv-00426-MSD-LRL; 2:15-cv-00436-MSD-LRL; 2:15-cv-00440-MSD-RJK; 2:15-cv-00449-MSD-RJK; 2:15-cv-00454-MSD-RJK; 2:15-cv-00463-MSD-LRL)

Submitted:  June 22, 2017                    Decided:  June 27, 2017

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Raymond E. Sims-Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Raymond Eugene Sims-Lewis seeks to appeal the district court's orders dismissing his complaints alleging claims pursuant to 42 U.S.C. § 1983 (2012). We dismiss the appeals for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its orders dismissing Sims-Lewis' complaints between September 29, 2015 and December 4, 2015. The notice of appeal was filed on March 22, 2017.[*] Because Sims-Lewis failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); *Houston v. Lack*, 487 U.S. 266 (1988).